# EXHIBIT B



**CONGENBILL 2007**
BILL OF LADING
To be used with charter parties
Page 1

| Shipper | Bill of Lading No. | Reference No. |
|---|---|---|
| Fertilizer Corporation of America<br>9380 Sunset Drive, Suite B-240<br>Miami, Florida 33173 | 3 | |

| Consignee | Vessel |
|---|---|
| Prosser Fertilizer & Agrotec Co. Ltd.<br>Mile 8 Western Highway<br>Belize City, Belize | MV BALSA 86 |

| Notify Address | |
|---|---|
| Prosser Fertilizer & Agrotec Co. Ltd.<br>Mile 8 Western Highway<br>Belize City, Belize<br>Attn: Salvador Espat<br>Tel# 011-501-223-5410 | **Port of loading**<br>RIO HAINA, DOMINICAN REPUBLIC<br><br>**Port of discharge**<br>Belize City, Belize |

**Shipper's description of goods**

Diammonium Phosphate in bulk

ORIGINAL

**Gross weight**
600.131 MT

"Clean on Board"
"Freight Payable as per Charter Party dated Nov. 30, 2017"
"Subject to all terms and conditions of the governing c/p dated Nov. 30, 2017"

(of which         on deck at shipper's risk; the Carrier not beign responsible for loss or damage howsoever arising)

**Freight payable as per CHARTER PARTY dated:**
NOVEMBER 30, 2017

**FREIGHT ADVANCE**
Received on account of freight:

SHIPPED at the port of loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Date shipped on board | Place and date issue | Number of original Bills of Lading |
|---|---|---|
| December 15, 2017 | RIO HAINA, DOM. REP.<br>December 15, 2017 | THREE (3) |

Signature:

Master of MV BALSA 86

[Stamp: BALSA 86 MASTER PANAMA]

Copyright, published by BIMCO

This document is a computer generated CONGENBILL 2007 form printed by authority of BIMCO. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original BIMCO approved document shall apply. BIMCO assumes no responsibility for any loss, damage or expense as a result of discrepancies between the original BIMCO approved document and this computer generated document.

# BIMCO

**CONGENBILL 2007**
**BILL OF LADING**
To be used with charter parties
Page 1

| Shipper | Bill of Lading No. | Reference No. |
|---|---|---|
| Fertilizer Corporation of America<br>9380 Sunset Drive, Suite B-240<br>Miami, Florida 33173 | 2 | |

| Consignee | Vessel |
|---|---|
| Prosser Fertilizer & Agrotec Co. Ltd.<br>Mile 8 Western Highway<br>Belize City, Belize | MV BALSA 86 |

| Notify Address | Port of loading |
|---|---|
| Prosser Fertilizer & Agrotec Co. Ltd.<br>Mile 8 Western Highway<br>Belize City, Belize<br>Attn: Salvador Espat<br>Tel# 011-501-223-5410 | RIO HAINA, DOMINICAN REPUBLIC |
| | **Port of discharge**<br>Belize City, Belize |

| Shipper's description of goods | Gross weight |
|---|---|
| Ammonium Sulphate in bulk | 1,003.756 MT |

"Clean on Board"
"Freight Payable as per Charter Party dated Nov. 30, 2017"
"Subject to all terms and conditions of the governing c/p dated Nov. 30, 2017"

(of which       on deck at shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

**Freight payable as per CHARTER PARTY dated:**
NOVEMBER 30, 2017

**FREIGHT ADVANCE**
Received on account of freight:

SHIPPED at the port of loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Date shipped on board | Place and date issue | Number of original Bills of Lading |
|---|---|---|
| December 15, 2017 | RIO HAINA, DOM. REP.<br>December 15, 2017 | THREE (3) |

Signature:

 

Master of MV BALSA 86

This document is a computer generated CONGENBILL 2007 form printed by authority of BIMCO. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original BIMCO approved document shall apply. BIMCO assumes no responsibility for any loss, damage or expense as a result of discrepancies between the original BIMCO approved document and this computer generated document.

Copyright, published by BIMCO