# EXHIBIT D


# FERTILIZER CORPORATION OF AMERICA

9380 Sunset Drive, Suite B246 – Miami, Florida 33173 – Phone: 305-595-6738 / Fax: 305-595-9367
Email: fertiliz@bellsouth.net

PRIVILEGED AND CONFIDENTIAL FRE 408

January 26, 2018

Nitron International
35 Mason Street
Greenwich, CT 06830
Attn: Tomas Novak

Ref: Balsa 86-Prosser Fertilizer and Agrotec

I write in concerning the issues raised beginning in December 2017 and in the January 10, 2018 letter to you from Prosser Fertilizer & Agro Co. Ltd.  To date, no response has been received by me or Prosser, nor have I or Prosser received payment of the funds due and owed due to the shortfall in delivery made on December 28, 2017.

On December 13, 2017, you were paid, as had been agreed in the Sales Agreement, $993,750.00 for a shipment of 1,250MT of DAP(Diammonium Phosphate) and 2,000MT of Ammonium Sulfate(AMSUL). You were aware that shipment would be accepted by Prosser, the ultimate customer.  The shipment arrived in Belize on December 28, 2017, but the amount of product received was 1,003.756MT of AMSUL and 600.131MT of DAP.  In addition, the portion of the shipment received was of poor quality.  You knew there was a shortfall when you shipped and never told us and did not give us a copy of the bill of lading.  Then we notified you several times by email and by phone at least as early as December 28, 2017 of the shortfall and the quality problems.  Prosser's January 10, 2018 letter further details these issues.  Based on the shortfall alone, the value received in the shipment was $250,939.00(AMSUL) and $237,051.75(DAP) for a grand total of $487,990.75.  The difference between the amount received and the amount of funds paid to you prior to delivery is $505,759.25. You had told me by phone on several occasions that this shortfall amount will be refunded, but to date the refund has not been received by me or Prosser.

The refund for the undelivered portion of the sale under the Sales Agreement is being wrongfully held by you and must be paid by wire to Fertilizer Corporation of America's account at Wells Fargo N.A., 420 Montgomery Street, San Francisco, California 94104, SWIFT Code: WFBIUS6S, Routing No.: 121000248, Account No. 269 2303 575486 by close of business Monday January 29, 2018, or further serious steps will be taken.  In addition, further inspection of the quality of the Ammonium Sulfate(AMSUL) is or will be made to determine a discounted price and any additional monies due as a result of poor quality.  All rights, remedies, powers and privileges arising out of and/or related to the Sales Agreement and applicable law and in equity are reserved.

Signed

David E. Christopherson
President, Fertilizer Corporation of America